IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNIE W. BARNES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 08-0541-WS-N |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) (doc. 24). On June 26, 2009, Magistrate Judge Nelson entered a Report and Recommendation (doc. 25), wherein she recommended that the Motion be granted and that this action be reversed and remanded for further administrative proceedings.

After due and proper consideration of all pleadings in the file, and plaintiff having indicated that he has no objection to the requested relief, the Report and Recommendation is **adopted** as the opinion of this Court. Accordingly, it is **ordered** that the defendant's Motion for entry of judgment pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with remand to defendant is **granted**. The Commissioner's decision is hereby **reversed**, and this action is **remanded** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings to address the specific items enumerated in the Motion and in the Report and Recommendation.

DONE and ORDERED this 1st day of July, 2009.

UNITED STATES DISTRICT JUDGE