IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNIE W. BARNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 08-0541-WS-N ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

JUDGMENT

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the Commissioner's decision in the above-styled action is **REVERSED,** and this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action.

DONE and ORDERED this 1st day of July, 2009.

UNITED STATES DISTRICT JUDGE